FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
WESTERN DIVISION

05 JUL 14 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BRENDA MEDRANO, Administratrix of
the Estate of Rogelio Galvan a/k/a Agustin
Fernando Martinez, Deceased, and as
Parent and Next Friend of Flor Carolina
Martinez Medrano, a Minor, and JOSE
RUBEN LARA BUENDIA,

    Plaintiffs,

VS.                                                                                                     NO. 04-CV-2425 BP

MCRI, INC., and M.A. MORTENSON
COMPANY,

    Defendants.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE AND FOR SPECIAL APPEARANCE OF JASON A. GREVES, ESQ.

THIS CAUSE CAME ON TO BE HEARD pursuant to the Defendant's motion requesting leave for admission pro hac vice and for special appearance of Jason A. Greves, Attorney at Law, as co-counsel for the Defendant, M.A. Mortenson Company, in this cause. The Court finds that Jason A. Greves, Attorney at Law, states that he is willing to submit to all disciplinary procedures applicable to Tennessee lawyers, and that he is in good standing and eligible to practice in the highest court of his resident State of Minnesota.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion of Mark A. Lambert, Attorney at Law, for admission pro hac vice and for special appearance in this Court as co-counsel for the Defendant, M. A. Mortenson, in the above-styled cause is hereby granted.

25382

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-15-05

(56)

_____
JUDGE

DATE: July 14, 2005

APPROVED FOR ENTRY:

_____
MARK A. LAMBERT (# 022509)
Counsel for Defendants
80 Union Ave., Ste. 650
Memphis, Tennessee 38103
(901) 763-4200

25382

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02425 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Ralph Noyes
LAW OFFICE OF RALPH NOYES
4087 Summer Ave.
Ste. 216
Memphis, TN 38122

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David J. Goldstein
FAEGRE & BENSON LLP
90 S. Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402--390

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT