FILED BY ___ D.C.
05 AUG 19 PM 4: 37

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 18 AM 9: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Brenda Medrano, Administratrix of the Estate of Rogelio Galvan aka Agustin Fernando Martinez, Deceased, and as Parent and Next Friend of Flor Carolina Martinez Medrano, a Minor, and Jose Ruben Lara Buendia,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCDR, Inc. and M. A. Mortenson Company,<br><br>    Defendants. | File No. 04-2425-BP<br><br>**STIPULATION AND MOTION TO AMEND SCHEDULING ORDER**<br><br>**MOTION GRANTED** [signature]<br>**U.S. MAGISTRATE JUDGE**<br><br>August 19, 2005<br>**DATE** |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-22-05

## STIPULATION AND MOTION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs Brenda Medrano and Jose Ruben Lara Buendia ("Plaintiffs") and defendants M. A. Mortenson Company and MCDR, Inc. ("Defendants"), by their undersigned attorneys, that, to accommodate mediation to be held in Memphis between the parties on September 12, 2005, the deadlines established in the Court's Scheduling Order may be amended as noted below:  A. **Factual Discovery:**  All factual discovery (which is limited solely to the depositions presently noticed by Plaintiffs) shall be completed by October 7, 2005.

  B. **Filing Dispositive Motions:**  Dispositive motions shall be filed with the Court no later than October 21, 2005.

  All other deadlines, including the date for trial, set by the Court in the Scheduling Order shall remain unchanged.  The Parties so move the Court for Amendment to the Scheduling Order.

63

Dated: _August 12_, 2005              ALLEN, SUMMERS, SIMPSON, LILLIE &
                                      GRESHAM, PLLC

                                      _____
                                      Mark A. Lambert
                                      80 Monroe Avenue, Suite 650
                                      Memphis, TN 38103
                                      901-763-4200

                                      **AND**

                                      David J. Goldstein (MN Bar No. 175572)
                                      2200 Wells Fargo Center
                                      90 South Seventh Street
                                      Minneapolis, Minnesota 55402-3901
                                      (612) 766-7000
                                      **Attorneys for Defendant
                                      M. A. Mortenson Company**


Dated: _August 12_, 2005              GLANKLER BROWN, PLLC

                                      _____
                                      Robert B. C. Hale (TN Bar No. 13261)

                                      One Commerce Square - 17th Floor
                                      Memphis, TN 38103-2566
                                      (901) 525-1322
                                      **Attorney for Defendant
                                      MCDR, Inc.**

2

Dated: _August 12_, 2005                ROSENBLUM & REISMAN, P.C.


_/s/ Jeff Rosenblum by permission (JSR)_
Jeffrey S. Rosenblum (TN Bar No. 13626)
Kirk A. Caraway (TN Bar No. 18578)

80 Monroe Avenue, Suite 950
Memphis, TN 38103
(901) 527-9600
**Attorneys for Plaintiffs
Brenda Medrano and Jose Ruben Lara
Buendia**

3

## ORDER

Upon the foregoing Stipulation, **IT IS ORDERED THAT THE COURT'S SCHEUDLING ORDER IS AMENDED AS FOLLOWS**:

    A.    **Factual Discovery:** All factual discovery (which is limited solely to the depositions presently noticed by Plaintiffs) shall be completed by October 7, 2005.

    B.    **Filing Dispositive Motions:** Dispositive motions shall be filed with the Court no later than October 21, 2005.

All other deadlines, including the date for trial, set by the Court in the Scheduling Order shall remain unchanged.

**BY THE COURT:**

Dated: _August 19_, 2005

_____
The Honorable Tu M. Pham
Magistrate Judge of U.S. District Court

M2:20732514.01

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02425 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David J. Goldstein
FAEGRE & BENSON LLP
90 S. Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402--390

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Ralph Noyes
LAW OFFICE OF RALPH NOYES
4087 Summer Ave.
Ste. 216
Memphis, TN 38122

Honorable J. Breen
US DISTRICT COURT