IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
WESTERN DIVISION

BRENDA MEDRANO, Administratrix of
the Estate of Rogelio Galvan aka Agustin
Fernando Martinez, Deceased, and as
Parent and Next Friend of Flor Carolina
Martinez Medrano, a Minor, and JOSE
RUBEN LARA BUENDIA,

    Plaintiffs,

vs.

MCDR, INC. and M. A. MORTENSON
COMPANY,

    Defendants.

No. 04-2425

**JURY DEMANDED**

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

On this day came on for consideration Plaintiffs' Motion for Extension of Time to file Response to Defendant MCDR's Motion for Summary Judgment, and the Court having considered same, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiffs shall have until October 10, 2005, to file their Response to Defendant MCDR's Motion for Summary Judgment.

United States District Judge

8/25/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CV-02425 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

David J. Goldstein
FAEGRE & BENSON LLP
90 S. Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402--390

Ralph Noyes
LAW OFFICE OF RALPH NOYES
4087 Summer Ave.
Ste. 216
Memphis, TN 38122

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT