IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

10/12/2005

# CASE NO: 04-2425-B

BRENDA MEDRANO, ET AL.  Vs.  MCDR, INC., ET AL.

## SEALED DOCUMENT(S) FILED

DOCUMENT #73

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CV-02425 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David J. Goldstein
FAEGRE & BENSON LLP
90 S. Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402--390

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Ralph Noyes
LAW OFFICE OF RALPH NOYES
4087 Summer Ave.
Ste. 216
Memphis, TN 38122

Honorable Tu Pham
US DISTRICT COURT