IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
WESTERN DIVISION

BRENDA MEDRANO, Administratrix of the Estate of Rogelio Galvan aka Agustin Fernando Martinez, Deceased, and as Parent and Next Friend of Flor Carolina Martinez Medrano, a Minor, and JOSE RUBEN LARA BUENDIA,

    Plaintiffs,

vs.

MCDR, INC. and M. A. MORTENSON COMPANY,

    Defendants.

No. 04-2425 BP

**JURY DEMANDED**

## ORDER PLACING ANY AND ALL MOTIONS, ORDERS, TRANSCRIPTS AND DOCUMENTS CONCERNING SETTLEMENT UNDER SEAL

By Motion of the Parties in the above referenced matter, the Court hereby orders that all motions, orders, and other documents presented in this Action related to settlement of this Action and Plaintiff's Motion to Approve the Settlement Agreements (including the transcript from the hearing that was conducted before this Court on September 30, 2005) shall be placed under seal and shall remain confidential and shall not be disclosed without further order of this Court.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED.

_____
Judge

October 12, 2005
Date

M2:20746645.01

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05

(74)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CV-02425 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

David J. Goldstein
FAEGRE & BENSON LLP
90 S. Seventh St.
2200 Wells Fargo Center
Minneapolis, MN 55402--390

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Ralph Noyes
LAW OFFICE OF RALPH NOYES
4087 Summer Ave.
Ste. 216
Memphis, TN 38122

Mark Anthony Lambert
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable Tu Pham
US DISTRICT COURT